## WENZEL v. STATE.
### No. 17847.

Court of Criminal Appeals of Texas.
Jan. 15, 1936.

T. L. Price, of Post, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is the possession of equipment for the manufacture of intoxicating liquor; penalty assessed at confinement in the penitentiary for one year.

Since the conviction of the appellant on the 6th of March, 1935, the law upon which the prosecution is founded has been repealed. See Guy Meadows v. State (Tex. Cr.App.) 88 S.W.(2d) 481, opinion delivered November 27, 1935.

The judgment is reversed and the prosecution ordered dismissed.

Brown & Templeton, of Wellington, and Horace H. Shelton, of Austin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for possessing intoxicating liquor for purposes of sale; punishment, five years in the penitentiary.

This prosecution was had under what was commonly called the Dean Law (Pen. Code 1925, art. 666 et seq., as amended). The law has been repealed (Vernon's Ann. P.C. art. 666—49), and no saving clause appears in the repealing statute taking care of pending prosecutions. We have no alternative but to follow the mandate of our statute and reverse and dismiss this prosecution. It is accordingly ordered that the judgment of the trial court be reversed and the prosecution dismissed following Meadows v. State (Tex.Cr.App.) 88 S.W. (2d) 481, opinion handed down November 27, 1935.